[No. 11236-1-II.  Division Two.  May 11, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. GEORGE R. LOPATTO, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 87-1-00037-1, James B. Sawyer II, J., entered June 29, 1987. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrich, A.C.J., and Worswick, J.

[No. 11462-3-II.  Division Two.  May 12, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. GEORGE WOODARD, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 86-1-00483-5, Robert J. Doran, J., entered October 1, 1987. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Alexander, C.J., and Reed, J.

[No. 11230-2-II.  Division Two.  May 12, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. THEODORE MARTIN MILLARD, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 87-1-00142-3, J. Dean Morgan, J., entered July 21, 1987. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Reed and Petrich, JJ.